STATE OF NEW YORK
<u>SUPREME COURT     COUNTY OF ONTARIO</u>

|  |  |
|---|---|
| CLAIR "BUBBY" KERRICK, | **SUMMONS** |
| Plaintiff, |  |
| v. | Index No. _____ |
| TOWN OF GORHAM, ZACHARY EDDINGER, FREDERICK LIGHTFOOTE, AND BRANDON AYERS |  |
| Defendants. |  |

TO: the above-named Defendant:

**YOU ARE HEREBY SUMMONED** to reply to or answer the claims against you alleged in the Complaint of Plaintiff Clair "Bubby" Kerrick in this action and to serve a copy of your reply or answer on Plaintiff's attorneys within 20 days after the service of this counterclaim summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to reply or answer, judgment will be taken against you by default for the relief demanded in the counterclaim.

The basis of the venue designated is that the real property at issue in this dispute is located in Ontario County.


Dated: January 5, 2026                    **GREGORY L. SILVERMAN, ESQ., PLLC**

                                            By:    s/ Gregory L. Silverman
                                                      118 Genesee Street.
                                                      Geneva, NY 14456
                                                      Tel: (585) 480-6686
                                                      greg@silverman-law.com
                                                      *Attorney for Plaintiff Clair "Bubby" Kerrick*