UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CLAIR "BUBBY" KERRICK,

Plaintiff,

v.

TOWN OF GORHAM, ZACHARY
EDDINGER, FREDERICK LIGHTFOOTE,
AND BRANDON AYERS,

Defendants.

**NOTICE OF
APPEARANCE**

Case No. 6:26-cv-06006

**PLEASE TAKE NOTICE** that Ryan Lefkowitz, Esq., of Adams Leclair LLP, 1200 Bausch and Lomb Place, Rochester, New York 14604 hereby appears as counsel of record for defendants Town of Gorham, Zachary Eddinger, Frederick Lightfoote, and Brandon Ayers, in the above-captioned action.

DATED: March 17, 2026

**ADAMS LECLAIR LLP**

By:    /s/ *Ryan Lefkowitz*
      Ryan Lefkowitz, Esq.
      *Attorneys for Defendants*
      1200 Bausch and Lomb Place
      Rochester, New York 14604
      Tel: (585) 327-4100
      E-mail: rlefkowitz@adamsleclair.law