UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CLAIR "BUBBY" KERRICK,<br><br>Plaintiff,<br><br>v.<br><br>TOWN OF GORHAM, ZACHARY EDDINGER, FREDERICK LIGHTFOOTE, AND BRANDON AYERS,<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 6:26-cv-06006 |

**PLEASE TAKE NOTICE** that Robert P. Yawman, Esq., of Adams Leclair LLP, 1200 Bausch and Lomb Place, Rochester, New York 14604 hereby appears as counsel of record for defendants Town of Gorham, Zachary Eddinger, Frederick Lightfoote, and Brandon Ayers, in the above-captioned action.

DATED: March 17, 2026        **ADAMS LECLAIR LLP**

By:    */s/ Robert P. Yawman*
      Robert P. Yawman, Esq.
      *Attorneys for Defendants*
      1200 Bausch and Lomb Place
      Rochester, New York 14604
      Tel: (585) 327-4100
      E-mail: ryawman@adamsleclair.law