UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CLAIR "BUBBY" KERRICK,

                          Plaintiff,

      v.

TOWN OF GORHAM,
ZACHARY EDDINGER, FREDERICK
LIGHTFOOTE, and BRANDON AYERS,

                          Defendants.

**NOTICE OF
MOTION**

6:26-CV-06006 (MAV)

**PLEASE TAKE NOTICE** that upon the Declaration of Ryan Lefkowitz, Esq., dated March 23, 2026, with exhibits A through G, and the accompanying Memorandum of Law, dated March 23, 2026, Defendants Town of Gorham, Zachary Eddinger, Frederick Lightfoote, and Brandon Ayers, by their attorneys Adams Leclair LLP, will move this Court before the Hon. Meredith A. Vacca, at the United States Courthouse, 100 State Street, Rochester, New York, 14614, on a date and time to be determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6) dismissing Count Two and Count Three of the Complaint with prejudice and without leave to amend or replead, and for such other relief as may be just and proper.

**TAKE FURTHER NOTICE** that pursuant to Rule 7(a)(1) of the Local Rules of Civil Procedure for the Western District of New York, Defendants Town of Gorham, Zachary Eddinger, Frederick Lightfoote, and Brandon Ayers intend to file and serve reply papers in response to any opposition to this motion. Defendants also request oral argument on the grounds of allowing a more junior attorney to gain experience in the courtroom.

1

DATED: March 23, 2026                    **ADAMS LECLAIR LLP**


By:   /s/ *Ryan Lefkowitz*
       Robert P. Yawman, Esq.
       Ryan Lefkowitz, Esq.
       *Attorneys for Defendants*
       1200 Bausch and Lomb Place
       Rochester, New York 14604
       Tel: (585) 327-4100
       ryawman@jadamsleclair.law
       rlefkowitz@adamsleclair.law

TO:   All Attorneys of Record (via ECF)