# Exhibit B

# Ontario County Clerk Recording Page

**Return To**

GREGORY LESTER SILVERMAN
118 Genesee St.
Geneva, NY 14456

**Pamela Keefe, Acting County Clerk**
Ontario County Clerk
20 Ontario Street
Canandaigua, New York  14424
(585) 396-4200

Document Type: **EXHIBIT(S)**

Receipt Number: 700713

| Plaintiff |
|---|
| KERRICK, CLAIR |

| Defendant |
|---|
| GORHAM TOWN |

| Fees |
|---|
| Total Fees Paid:                    $0.00 |

| Control #:     202309180132 |
|---|
| Index #:       137063-2023 |

State of New York
County of Ontario

EFiling through NYSCEF with a total page count of **4**.

*Pamela Keefe*

**Acting Ontario County Clerk**

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

SL

**Do Not Detach**

# Exhibit 1

# Town of Gorham

## Frederick S. Lightfoote, Supervisor

4736 South Street, P.O. Box 224 Gorham, New York 14461

Phone 585-526-6317 Fax 585-526-4799

TDD  800-662-1220 (For Hearing Impaired)

OFFICE OF HIGHWAY SUPERINTENDENT

ZACHARY EDDINGER, SUPERINTENDENT

3478 Lake to Lake Road, Stanley, New York 14561

585-526-5150

Clair Kerrick
3196 County Road 18
Stanley, New York 14561

Re:  Termination of Your Employment with the Town of Gorham/Highway Department.

Dear Mr. Kerrick:

I am writing to follow up on your recent conversation with Supervisor Fred Lightfoote and the information he imparted to you about the decision to terminate your employment based upon your unacceptable workplace conduct, an issue that has been addressed with you on multiple previous occasions.

You acknowledged your unacceptable workplace conduct and inquired of Supervisor Lightfoote whether the Town Board would like to see you resign. You were told that the Town Board and in particular the

Highway Superintendent are in favor of termination of your employment. I understand that the Supervisor advised you to not report to work pending consideration of the issue. On the basis of this information you elected to not report to work on April 10, 2023 and you continue to be absent from work.

As an alternative termination, the Town/Highway Department proposes that you resign effective May 9th, 2023. It is my understanding that you have been engaged in looking for other employment. Please be advised that you have received compensation during your absence and that the Town will treat this arrangement as a voluntary absence due to vacation with pay that commenced on April 10, 2023 through May 8th, 2023.

Since this amounts to 160 hours, and you only had 131.5 hours remaining for this year, there is no more vacation time left on your time record. The Town will pay you for the remaining 28.5 hours needed to reach May 8th, 2023.

You still have 29.5 hours of sick time left. This will be added to the 101.5 hours that you have in your banked sick time hours for a total of 131 hours that will be forwarded to New York State Retirement for when you retire.

If you agree to these terms, please sign this letter at the indicated space below and return it to the Town Hall no later than May 9th, 2023. In the case of your failure to accept the terms by signing and returning this letter on May 9th, 2023, your employment will be terminated as of that date.

Very truly yours,

Zachary Eddinger, Superintendent

I, Clair Kerrick, hereby agree to the terms set forth in this letter. I hereby resign from my employment effective May 9th, 2023.

_____    Dated: _____