# Exhibit C

# Ontario County Clerk Recording Page

**Return To**

GREGORY LESTER SILVERMAN
118 Genesee St.
Geneva, NY 14456

**Pamela Keefe, Acting County Clerk**
Ontario County Clerk
20 Ontario Street
Canandaigua, New York  14424
(585) 396-4200

Document Type: **EXHIBIT(S)**

Receipt Number: 700714

| Plaintiff |
|---|
| KERRICK, CLAIR |

| Defendant |
|---|
| GORHAM TOWN |

| Fees |
|---|
| Total Fees Paid:            $0.00 |

| Control #: | 202309180133 |
|---|---|
| Index #: | 137063-2023 |

State of New York
County of Ontario

EFiling through NYSCEF with a total page count of **3**.

*Pamela Keefe*

**Acting Ontario County Clerk**

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

SL

**Do Not Detach**

**Exhibit 2**

# Town of Gorham

## OFFICE OF HIGHWAY SUPERINTENDENT

## ZACHARY EDDINGER, SUPERINTENDENT

3478 Lake to Lake Road, Stanley, New York 14561
585-526-5150

Clair Kerrick                                   May 15, 2023
3196 County Road 18
Stanley, New York 14561

Re: Termination of your employment with the Town of Gorham
Highway Department.

Dear Mr. Kerrick:

I am writing to follow up on our previous communication regarding your termination from the Town of Gorham. That statement offered you the option to resign effective May 9th, 2023. Since you have not notified the Town that you would like to utilize that option, we must now notify you that your employment with the Town of Gorham has been terminated as of May 15th, 2023. As you agreed, you have been absent from work since April 10th, 2023 with full pay that has been credited against vacation time. Your 29.5 hours of left-over sick pay will be forwarded to New York State retirement. Any or all of your benefits will cease as of May 31st, 2023

Respectfully,

Zach Eddinger
Highway Superintendent

Town of Gorham is an equal opportunity provider, and employer. To file a complaint of discrimination, write: USDA, Director, Office of Civil Rights, Washington, D.C. 20250-9410, or call (800) 795-3272 (voice) or (202) 720-6382 (TDD).