# Exhibit E

# Ontario County Clerk Recording Page

**Return To**

STACEY EVE TRIEN

**Jean E. Chrisman, County Clerk**
Ontario County Clerk
20 Ontario Street
Canandaigua, New York  14424
(585) 396-4200

Document Type: **EXHIBIT(S)**

Receipt Number: 748363

| Plaintiff |
| --- |
| KERRICK, CLAIR |

| Defendant |
| --- |
| GORHAM TOWN |

| Fees |
| --- |
| Total Fees Paid:              $0.00 |

| Control #:    202406190040 |
| --- |
| Index #:      137063-2023 |

State of New York
County of Ontario

EFiling through NYSCEF with a total page count of **4**.

_Jean E Chrisman_
_____
**Ontario County Clerk**

*This sheet constitutes the Clerk's endorsement required by section 319 of the Real Property Law of the State of New York*

SL

**Do Not Detach**

FILED: ONTARIO COUNTY CLERK 06/14/2024 04:57 PM

NYSCEF DOC. NO. 45

INDEX NO. 137063-2023

RECEIVED NYSCEF: 06/14/2024

# Exhibit A

FILED: ONTARIO COUNTY CLERK 06/14/2024 04:57 PM

NYSCEF DOC. NO. 45

INDEX NO. 137063-2023

RECEIVED NYSCEF: 06/14/2024

# LAW OFFICE OF GERALD R. FORCIER

17 Seneca Street, Suite 2
Geneva, New York 14456

Telephone: (315) 325-4008        geraldforcier@gmail.com        Fax: (315) 325-4157*
*Service by fax or email
not accepted

April 25, 2023

Fred Lightfoote
Town Supervisor, Town of Gorham
PO Box 224
Gorham, NY 14461

Zachary Eddinger
Town Highway Superintendent
Town of Gorham
PO Box 244
Gorham, NY 14461

RE:  Clair Kerrick Employment – Town of Gorham Highway Department

Dear Sirs,

I represent Clair Kerrick in his legal issues with the Town of Gorham.  Mr. Kerrick has worked for the Highway Department for 25 years and has been loyal and hard working the entire time.

Mr. Kerrick has now been told by Mr. Lightfoote that there will be discipline on my client after he was told to go to the Highway Department after a recent heavy rainstorm by Doug Grushow. Despite my client's home being flooded, he went down to the Highway Department, and there were other workers there that were not asked to be present and just standing around doing nothing.  They began the usual harassment of my client that has occurred daily for a lengthy period of time by calling him a "retard" and "fat fuck" among other names.

After speaking to my client, I have ascertained that he has many defenses to your attempts to discipline him.  In fact, I am aware of a disturbing fact pattern of hierarchy in the Town of Gorham that would shock both the general public and the press.

At this time, my client should be on paid administrative leave pending any disciplinary action. As my client has five more years of employment to hit is 30 year mark, he will not stand for any attempts to terminate his position.

As his attorney, I will need to be put on notice of any action or any attempt at action regarding his employment status.  My client should not be forced to use his vacation or sick time when he

was told by an official who has no business telling my client anything. The Highway Department Superintendent is an elected official and cannot be usurped by the Town Supervisor.

Thank you for your attention and consideration herein. If you have any questions or wish to discuss this matter any further, please do not hesitate to contact me.

Very truly yours,

Gerald R. Forcier

GRF/ad
cc: Clair Kerrick