UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CLAIR "BUBBY" KERRICK,<br><br>    Plaintiff,<br><br>  v.<br><br>TOWN OF GORHAM, ZACHARY EDDINGER, FREDERICK LIGHTFOOTE, AND BRANDON AYERS,<br><br>    Defendants. | **NOTICE OF APPEARANCE**<br><br>Case No. 6:26-cv-06006 |

**PLEASE TAKE NOTICE** that Stacey E. Trien, Esq., of Adams Leclair LLP, 1200 Bausch and Lomb Place, Rochester, New York 14604 hereby appears as counsel of record for defendants Town of Gorham, Zachary Eddinger, Frederick Lightfoote, and Brandon Ayers, in the above-captioned action.

DATED: May 11, 2026      **ADAMS LECLAIR LLP**

         By:  /s/ *Stacey E. Trien*
             Stacey E. Trien, Esq.
             *Attorneys for Defendants*
             1200 Bausch and Lomb Place
             Rochester, New York 14604
             Tel: (585) 327-4100
             E-mail: strien@adamsleclair.law